[Civil No. 1371.  Filed January 26, 1914.]

[138 Pac. 20.]

CAROLINE DESMONT, Plaintiff in Error, v. THE
NAVAJO–APACHE BANK AND TRUST COMPANY,
a Corporation, and W. H. BURBAGE, F. W. NELSON
and RICHARD GIBBONS, Defendants in Error.

APPEAL AND ERROR—REMEDY—WRIT OF ERROR.—On and after October
1, 1913, there has been no law authorizing review of an order strik-
ing plaintiff's amended complaint from the files by writ of error.

WRIT OF ERROR from the Superior Court of the County
of Navajo.  Sidney Sapp, Judge.  Motion to quash.  Motion
granted.

The facts are stated in the opinion.

Messrs. Struckmeyer & Jenckes and Messrs. Kibbey, Ben-
nett & Bennett, for Plaintiff in Error.

Messrs. Clark & Tascher, for Defendants in Error.

PER CURIAM.—On the 22d day of October, 1913, the
plaintiff herein prosecuted a writ of error to review an order
of the superior court for Navajo county, entered on the 24th
day of October, 1912, striking from the files of said cause the
second amended complaint of the plaintiff.

The defendants move to quash the writ, on the ground that,
when the plaintiff commenced the prosecution thereof, there
was no law authorizing a review in this court of the judg-
ments and orders of superior courts by means of the writ
of error.  To this motion the plaintiff has made no objection,
and has not called to our attention any law which authorizes
this court to review by a writ of error prosecuted subsequent
to the 1st day of October, 1913.

We are of opinion that the motion to quash the writ of
error should be granted, and it is so ordered.